UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JASON CLYDE MEADOWS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 2:19-cv-00042 |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 19) recommending that the Court grant Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 16), reverse the Social Security Administration's ("Commissioner") final decision denying benefits, and remand this case for further administrative proceedings. No timely objections to the R&R have been filed despite the R&R's specific warnings regarding waiver. (See Doc. No. 19 at 20.)

Having thoroughly reviewed the R&R, the Court agrees with the Magistrate Judge's analysis. Specifically, the Court agrees that the ALJ erred in constructing Plaintiff's residual functional capacity without properly analyzing the opinions of therapist Richard Gillespie and Advance Practice Nurse Morgan Watson. (Doc. No. 17–19.) The ALJ's failure to do so was not harmless, and this case should be remanded so the ALJ can properly analyze Gillespie's and Watson's opinions. (Id. at 19.)

Accordingly, the R&R (Doc. No. 19) is **APPROVED AND ADOPTED**; Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 16) is **GRANTED**; and pursuant to

sentence four of 42 U.S.C. § 405(g), the final decision of the of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings consistent with the R&R.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE